IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>RONALD L. WORTHINGTON JR.,<br><br>                  Defendant. | 8:15CR222<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

      The defendant appeared before the Court on June 15, 2023 regarding Petition for Offender Under Supervision [58]. Richard McWilliams represented the defendant. Kelli Ceraolo represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant requested a preliminary hearing which was held. Fed. R. Crim. P. 32.1(b)(1). The court finds probable cause to believe the defendant has violated one or more conditions of supervised release as alleged in allegation (1) of the petition and the defendant should be held to answer for a final dispositional hearing. However, the government failed to meet its burden to establish probable cause that allegation (2) in the petition is true. Therefore, such allegation is dismissed. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge Joseph F. Bataillon in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 2:00 p.m. on July 18, 2023. Fed. R. Crim. P. 32.1(b)(1)(C).

      The government moved for detention based upon risk of flight and danger. The defendant requested a detention hearing which was held. The defendant met his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6). The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision to include residing at the Siena Francis Homeless Shelter and abiding by all of their rules. 18 U.S.C. § 3143(a)(1).

      **IT IS SO ORDERED**.

      Dated this 15th day of June, 2023.

                                                                                                            BY THE COURT:

                                                                                                            s/ Susan M. Bazis
                                                                                                            United States Magistrate Judge